## CRIMINAL COMPLAINT
**(Electronically Submitted)**

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Angel Daniel Salmon Arochi**<br>DOB: 2003; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>24-07637MJ |

| Complaint for violation of Title 18, United States Code, § 554(a) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 30, 2024, in the District of Arizona, **Angel Daniel Salmon Arochi** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 13,460 rounds of 7.62 x 39 mm rifle ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 30, 2024, **Angel Daniel Salmon Arochi** attempted to exit the United States and enter the Republic of Mexico through the southbound lanes at the Mariposa Port of Entry (POE) in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Angel Daniel Salmon Arochi** who was the driver and sole occupant of a 2008 Chevy Tahoe bearing a Mexican license plate attempting to enter the Republic of Mexico. The vehicle was not registered to **Salmon Arochi**. CBPOs asked **Salmon Arochi** where he was coming from to which he replied from Walmart in Nogales. He stated that he was going to Nogales, Sonora to visit a friend. He stated the vehicle belonged to his grandmother. CBPOs received a negative declaration from **Salmon Arochi** for any firearms, ammunition, or more than $10,000. CBPO'S then observed cardboard ammunition boxes in the rear area of the vehicle. A Canine Enforcement Officer used his detection dog to conduct a sniff of the vehicle. The canine gave a positive alert to a trained odor emitting from the interior of the van. The vehicle was then scanned at the Z Portal and anomalies were observed in the rear quarter panels. A subsequent inspection of the vehicle was conducted and CBPOs discovered 7.62 x 39mm ammunition concealed throughout the vehicle. A total of 13,460 rounds of 7.62 x 39 mm rifle ammunition and numerous cardboard boxes for the ammunition were seized.

In a post-*Miranda* interview, **Salmon Arochi** told agents that he had been previously caught with drugs and that the same group that made him smuggle drugs was looking for him again. He stated that the group was looking for him since he didn't get the drug load through the port before. He stated the group threatened him a couple of months ago, although he did not know who they were. He stated that several months ago he was told he had to

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A |
|---|

| DETENTION REQUESTED<br>　Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *R. Arellano*  RAQUEL ARELLANO  Digitally signed by RAQUEL ARELLANO Date: 2024.05.31 14:19:42 -07'00' | SIGNATURE OF COMPLAINANT<br><br>MARC S HOWARD  Digitally signed by MARC S HOWARD Date: 2024.05.31 14:28:37 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI SA Marc Howard |

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE  *Jacqueline M. Rateau* | DATE<br>May 31, 2024 |
|---|---|

1)　See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

24-07637MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

cross narcotics or his parents would lose their house. He also stated he had been held at gunpoint by the same group in Mexico and was held for three days, although he was not hurt or tortured but was verbally threatened. He stated he filed a police report in Mexico. He stated he was told he had to cross fentanyl, or the group would kill him.

**Salmon Arochi** stated that on his very first narcotic smuggling attempt he was caught. Law enforcement records reveal that he was apprehended in August, 2023 with a load of narcotics. He stated that a couple months had gone by, and he thought he was in the clear from the group, however the group found him in Arizona and verbally threatened him to make more load crossings or there would be consequences. He stated he crossed loaded vehicles 4 times this week, one load per day. He was not caught the first three times until this attempt. **Salmon Arochi** stated he did not know exactly what he crossed, but he knew it was something illegal.

A search of **Salmon Arochi's** cell phone revealed frequent communications with two individuals including calls made at the port of entry during **Salmon Arochi's** detention. There were no communications of a threatening nature. When asked if he was scared of the group and why he did not notify CBPOs or call the police in the United States, **Salmon Arochi** stated he was afraid something would happen to his mother if he told.

**Salmon Arochi**, admitted he knows it is illegal to cross guns or ammunition and that he does not have an export license to export ammunition into Mexico.

The ammunition found in the vehicle **Salmon Arochi** was driving qualifies as a United States Commerce Control List item and therefore is prohibited by law for export from the United States into Mexico without a valid license. **Salmon Arochi** did not possess nor present a valid license to export ammunition from the United States into Mexico.

